**IN THE SUPREME COURT OF PENNSYLVANIA**


IN RE:     SCHEDULE OF HOLIDAYS     :    No. 512
            FOR YEAR  2020 FOR STAFFS:    Judicial Administration Docket
            OF THE APPELLATE COURTS :
            AND THE ADMINISTRATIVE     :
            OFFICE OF PENNSYLVANIA    :
            COURTS                     :


## ORDER

**PER CURIAM**:

     **AND NOW**, this 29th day of January, 2019, it is hereby ordered that the following paid holidays for calendar year 2020 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:


| January | 01, 2020 | New Year's Day |
| January | 20, 2020 | Martin Luther King, Jr. Day |
| February | 17, 2020 | Presidents' Day |
| April | 10, 2020 | Good Friday |
| May | 25, 2020 | Memorial Day |
| July | 03, 2020 | Independence Day Observed |
| September | 07, 2020 | Labor Day |
| October | 12, 2020 | Columbus Day |
| November | 03, 2020 | Election Day** |
| November | 11, 2020 | Veterans' Day |
| November | 26, 2020 | Thanksgiving Day |
| November | 27, 2020 | Day after Thanksgiving |
| December | 25, 2020 | Christmas Day |


**AOPC only; Appellate courts will be open.